UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Maria-Elena Mariel Olcoz,<br>  *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No.: |
| Judge Kathleen Sandman, In Her Individual Capacity; | ) | **3:2025cv30206** |
| | ) | |
| Officer Timothy "Tim" Budrewicz, In His Individual Capacity; | ) | |
| Officer Gregory "Greg" Bardwell, In His Individual Capacity; | ) | |
| Attorney David Sharp, In His Individual Capacity; | ) | |
| DCF Workers Brenda Liimatenan, Allyn Stacy, And Rhonda | ) | |
| Wornham, In Their Individual Capacities, Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

**[Fed. R. Civ. P. 15(a)(2)]**

Plaintiff Maria-Elena Mariel Olcoz, by and through her own representation, respectfully moves this Court for leave to file an Amended Complaint in this matter pursuant to Federal Rule of Civil Procedure 15(a)(2). In support of this Motion, Plaintiff states the following:

**INTRODUCTION**

1. Plaintiff commenced this action to redress ongoing and egregious constitutional violations, including denial of due process, retaliation for protected conduct, unlawful searches and seizures, and conspiracy among state actors and private individuals to deprive her of her

1

federally protected rights.

2.  The original Complaint alleges actionable conduct under 42 U.S.C. §§ 1983, 1985(3), the First, Fourth, and Fourteenth Amendments, and Massachusetts state tort law.

3.  Since the initial filing, Plaintiff has identified additional facts, evidence, legal citations, and ongoing retaliatory actions that strengthen and clarify the existing claims and demonstrate a pattern of continuing violations.

## LEGAL STANDARD

4.  Under Fed. R. Civ. P. 15(a)(2), leave to amend shall be freely given "when justice so requires."

5.  Courts in the First Circuit have held that leave should be granted unless there is evidence of undue delay, bad faith, repeated failure to cure deficiencies, undue prejudice to the opposing party, or futility of amendment. (*Foman v. Davis*, 371 U.S. 178, 182 (1962)).

## GROUNDS FOR AMENDMENT

6.  Plaintiff seeks to amend the Complaint in good faith to:

- Add new factual allegations based on events and evidence that have materialized since the filing of the original Complaint;

- Expand on existing claims to include additional constitutional violations and state law torts (such as malicious prosecution, negligence per se, and ADA violations);

- Clarify the scope of each defendant's personal involvement in the deprivation of rights;

- Include claims related to interference with familial rights, abuse of discretion by state

2

actors, and retaliatory misuse of judicial authority; and

- Address evolving circumstances and procedural misconduct that were not known or fully developed at the time of filing the initial Complaint.

## NO PREJUDICE OR DELAY

7. Defendants have not yet filed a responsive pleading, or the case remains in an early stage of litigation; therefore, no undue delay or prejudice will result from allowing this amendment.

8. The amendment will promote judicial efficiency and avoid piecemeal litigation by consolidating related facts and legal theories into a single, comprehensive pleading.

## CONCLUSION

WHEREFORE, for the reasons stated above, Plaintiff respectfully requests that the Court grant leave to file an Amended Complaint, attached, and enter an Order permitting such amendment pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.

12\19\2025

Respectfully submitted,

MARIA-ELENA MARIEL OLCOZ

21 Park Street #10, Adams, MA 01220

Phone: (305) 766-3690

Email: marielolcoz@yahoo.com

Pro Se Plaintiff

3